JOSEPH E. JACOBSON (ALSO SOMETIMES KNOWN AS JACOB E. JACOBSON), W. C. DORSEY AND N. E. SECOND AVENUE ⟋COMPANY, A CORPORATION, *Appellants,* v. JOHN SCOTT, *Appellee.*

## Division B.

### Decision Filed May 28, 1927.

An Appeal from the Circuit Court for Dade County; H. F. Atkinson, Judge.

*Bart A. Riley* and *M. H. Rosenhouse,* for Appellants;

*McCaskill & McCaskill,* for Appellee.

PER CURIAM.—The appeal herein is from orders overruling a special and general demurrer to a bill of complaint and entering a decree *pro confesso.*

The orders overruling the demurrers being without error are affirmed, and the entry of the decree *pro confesso* without notice is reversed for further appropriate proceedings.

It is so ordered.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion.